Case 12-26769   Doc 12   Filed 07/27/12   Entered 07/30/12 06:29:02   Desc Main
Document   Page 1 of 1

B3B (Official Form 3B) (11/11) — Cont.

'12-26769:5.0:Application to Proceed In Forma Pauperis:Main Document Entered: 7/3/2012 2:51:49 PM by:Elizabeth Stuart Page 4 of 4

# UNITED STATES BANKRUPTCY COURT
_____ District of _____

In re __CHRISTOPHER SMILEY__   Case No. __12-26769__

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. _Schedules not filed as ordered._

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __306__ on or before __Sept 1, 2012__

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
   (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: __JUL 2 7 2012__

_____
United States Bankruptcy Judge